**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 149 MAL 2020

            Respondent                 :

                                  :  Petition for Allowance of Appeal
                                  :  from the Order of the Superior Court

            v.                     :

                                    :

RICHARD BERMUDEZ,               :

                                    :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.